# Court of Appeals
# of the State of Georgia

ATLANTA,  February 26, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0308. EMBERY J. MCBRIDE v. THE STATE.**

Embery J. McBride was convicted of rape and aggravated sodomy. Years later, he filed a "Post-Conviction Consolidated Motions and Demands for Discovery, Demand for a True, Accurate, Certified Copy of the Indictment, Presentment, Accusation; Defendant's Post-Conviction Motion for Discovery, Inspection, Production and Copying of Evidence Favorable to the Accused Pursuant to *Brady v. Maryland*; Motion to Dismiss the Special Presentment as Said Presentment Was Not Returned In Open Court, as Provided by Law; Motion to Dismiss the Special Presentment as Said Presentment Was Not Founded by the Testimony of Any Witness; Defendant Motion for Evidentiary Hearing." The trial court denied the motion, and McBride filed this application for discretionary appeal.[1]

In violation of this Court's rules, McBride has not included a copy of the motion he filed in the trial court. See Court of Appeals Rule 31 (e). It appears from the trial court's order that, in his compound motion, McBride sought to challenge his underlying convictions. The Supreme Court, however, has made clear that a motion seeking to challenge an allegedly invalid or void judgment of convictions "is not one of the established procedures for challenging the validity of a judgment in a criminal case" and that an appeal from the denial of such a motion is subject to dismissal. *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010). Because McBride is not authorized to collaterally attack his convictions in this manner, this application for

---

[1] McBride filed his application in the Supreme Court, which transferred the matter to this Court.

discretionary appeal is hereby DISMISSED. See id.; *Harper v. State*, 286 Ga. 216, 218 (2) (686 SE2d 786) (2009).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __02/26/2018__
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*